NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1383
(Serial No. 08/998,507)

IN RE ALBERT BAUER

William J. Sapone, Coleman Sudol Sapone P.C., of Bridgeport, Connecticut, argued for appellant.

William LaMarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
       Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1383
(Serial No. 08/998,507)

IN RE ALBERT BAUER

# Judgment

ON APPEAL from the       United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

In CASE NO(S).       08/998,507

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, SCHALL and DYK, <u>Circuit Judges</u>.)

AFFIRMED. <u>See</u> Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED:  <u>April 12, 2010</u>          <u>/s/ Jan Horbaly</u>
                                                  Jan Horbaly, Clerk